Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

THE HONORABLE MARY JO HESTON
Hearing Date: September 9, 2021
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma
Response Date: September 7, 2021

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>DEAN WILLIAM WALTON &<br>KELSEY LEA WALTON,<br><br><br>Debtors. | CHAPTER 7<br><br>No. 21-40336<br><br>NOTICE OF HEARING AND MOTION FOR AN ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13 |

PLEASE NOTE that the Debtors' Motion for an Order Revoking Chapter 7 Discharge and Converting Chapter Case to Chapter 13 IS SET FOR HEARING as follows:

JUDGE: **MARY JO HESTON**   TIME: **9:00 A.M.**

PLACE: **1717 PACIFIC AVENUE**   DATE: **SEPTEMBER 9, 2021**
**COURTROOM H**

IF YOU OPPOSE the Motion, you must file your written response with the Clerk of the Court, serve two copies on the Judge's Chambers, and deliver copies to the undersigned and to the Debtors not later than the Response Date, which is September 7, 2021.

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

THE HONORABLE MARY JO HESTON
Hearing Date: September 9, 2021
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma
Response Date: September 7, 2021

IF NO RESPONSE IS FILED WITHIN THE TIME ALLOWED, the Court may in its discretion grant the Motion prior to the hearing without further notice and strike the hearing.

## MOTION

Section 706(a) of the Bankruptcy Code provides that "a debtor may convert a case from chapter 7 to chapter 13 at any time, provided that the case had not previously been converted to chapter 7. "The intent of Congress was to give the debtor an "absolute right" to convert. *In re Estrada*, 224 B.R. 132, 136 (Bankr. S.D. Cal. 1998*) (*Citing, *In re Street*, 55 B.R. 763, 765 (9th Cir. BAP 1985)). Additionally, this section is based on the policy that debtors should be given the opportunity to repay their debts rather than go through a complete liquidation. *Estrada*, 224 B.R. at 136, (citing, *In re J.B. Lovell Corp.*, 876 F.2d 96, 97 (11th Cir. 1989)).

Dorothy A. Bartholomew
WSBA No. 20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th St E, Ste C
Fife, WA 98424
(253) 922-2016
FAX: (253) 922-2053

**THE HONORABLE MARY JO HESTON**
Hearing Date: September 9, 2021
Hearing Time: 9:00 a.m.
Hearing Location: Tacoma
Response Date: September 7, 2021

The debtors desire to convert their Chapter 7 case to a case under chapter 13, the case has not previously been converted under §1307, and the debtors are qualified to be debtors in a Chapter 13.

DATED: August 2, 2021         /s/ Dorothy A. Bartholomew
Dorothy A. Bartholomew
WSBA #20887
DOROTHY BARTHOLOMEW, PLLC
5310 12th Street East, Suite C
Fife, Washington 98424
Phone: (253) 922-2016
Attorney for the Debtors