**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In Re:<br><br>DEAN WILLIAM WALTON AND<br><br>KELSEY LEA WALTON,<br><br>Debtors. | CHAPTER 7<br><br>CASE NO. 21-40336<br><br>ORDER |

The debtors filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307. It is now, hereby

DOROTHY
BARTHOLOMEW
PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053

ORDERED THAT

1. This Chapter 7 case is converted to a case under Chapter 13.

2. The Chapter 7 Trustee within 30 days of the date of this Order shall file and transmit to the United States Trustee:

    a. an account of all receipts and disbursements made in the Chapter 7 case, and

    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The Trustee forthwith shall turnover to the Debtor(s) all records and property of the estate remaining in the Trustee's custody and control.

4. The Trustee or any other party entitled to compensation may within 30 days of the date of this Order file an Application for Compensation and Reimbursement of Expenses.

///END OF ORDER///

Presented By:

*/s/ Dorothy A. Bartholomew*
Dorothy A. Bartholomew
DOROTHY BARTHOLOMEW, PLLC
WSBA No. 20887
5310 12th Street East, Suite C
Fife, Washington 98424
Attorney for Dean and Kesley Walton

DOROTHY BARTHOLOMEW PLLC
5310 12th Street East, Suite C
Fife, WA 98424
Phone: (253) 922-2016
Fax: (253) 922-2053

Case 21-40336-MJH    Doc 24-1    Filed 08/02/21    Ent. 08/02/21 13:39:20    Pg. 2 of 2