**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

In re:

DEAN WILLIAM WALTON AND
KELSEY LEA WALTON,

                              Debtors.

CHAPTER 7

NO. 21-40336

CERTIFICATE OF SERVICE OF MOTION
FOR AN ORDER CONVERTING
CHAPTER 7 CASE TO CHAPTER 13

I, Amanda Newingham, certify that on August 2, 2021, I mailed a copy of the MOTION

FOR AN ORDER CONVERTING CHAPTER 7 CASE TO CHAPTER 13 to all parties

indicated on the attached mailing list.

The below participate in electronic case filing system and were notified electronically

when the document was filed:

U.S. Trustee                    Chapter 7 Trustee, Kathryn Ellis

DATED:          August 2, 2021

                              */s/ Amanda Newingham*
                              Amanda Newingham
                              APR 6 Law Clerk

CERTIFICATE OF SERVICE
Page 1 of 1

Label Matrix for local noticing
0981-3
Case 21-40336-MJH
Western District of Washington
Tacoma
Mon Aug  2 13:32:59 PDT 2021

U.S. Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402-3233

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634-2413

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Boeing Ecu
Attn: Bankruptcy
Po Box 97050
Seattle, WA 98124-9750

Breg, Inc.
PO Box 844628
Dallas, TX 75284-4628

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chexsystems
Attn: Consumer Relations
7805 Hudson Road
Suite 100
Saint Paul, MN 55125-1703

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Citibank
Po Box 6217
Sioux Falls, SD 57117-6217

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/Best Buy
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Comenity Bank/Express
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Costco Anywhere Visa Card
Attn: Bankruptcy
Po Box 6500
Sioux Falls, SD 57117-6500

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Dynamic Collectors, Inc.
790 S Market Blvd
Chehalis, WA 98532-3420

EVERGREEN PROFESSIONAL RECOVERIES INC.
12100 NE 195th ST
Suite 125
12100 NE 195th ST, Suite 125
Bothell, WA 98011-5777

Equifax Information Services
PO Box 740241
Atlanta, GA 30374-0241

Evergreen Professional Recover
12100 NE 195th Street #125
Bothell, WA 98011-5777

(p)GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081-1198

Global Client Solutions LLC
4343 S 118th East Ave
Suite 220
Tulsa, OK 74146-4402

Greg & Denise Henning
1004 Union Avenue
Steilacoom, WA 98388-3010

Greg & Densie Henning
1004 Union Avenue
Steilacoom, WA 98388-3010

Innovas Data Solutions
PO Box 1640
Pittsburgh, PA 15230-1640

Integrated Therpay Services
3560 Bridgeport Way W, Ste 2C
Tacoma, WA 98466-4446

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J&M HOA and Property Mgmt, LLC
17404 Meridian E #F
PMB 171
Puyallup, WA 98375-6234

```
JPMorgan Chase Bank, N.A.              JPMorgan Chase Bank, N.A.              Kaiser Permanente
s/b/m/t Chase Bank USA, N.A.           s/b/m/t Chase Bank USA, N.A.           PO Box 34590
c/o National Bankruptcy Services, LLC  c/o Robertson, Anschutz & Schneid, P.L. Seattle, WA 98124-1590
P.O. Box 9013                          6409 Congress Avenue, Suite 100
Addison, Texas 75001-9013              Boca Raton, FL 33487-2853

Mattress Firm                          Midland Credit Management, Inc.        MultiCare
Bonney Lake, WA 98391                  PO Box 2037                            Patient Financial Experience
                                       Warren, MI 48090-2037                  PO Box 5299
                                                                              MS 737-3-CUST
                                                                              Tacoma, WA 98415-0299

Navient                                (p)NEW AMERICAN FUNDING                Nordstrom Signature Visa
Attn: Claims Dept                      ATTN BANKRUPTCY DEPARTMENT             Attn: Bankruptcy
Po Box 9500                            P O BOX 170581                         Po Box 6555
Wilkes-Barr, PA 18773-9500             AUSTIN TX 78717-0031                   Englewood, CO 80155-6555

Pace Dermatology                       Pierce County Assessor                 Puyallup Municipal Court
5901 Stellacoom Blvd SW                2401 S 35th St                         929 E Main Avenue
Lakewood, WA 98499-3120                Room 142                               Suite 120
                                       Tacoma, WA 98409-7498                  Puyallup, WA 98372-3116

Resurgent Receivables, LLC             Sentry Credit, Inc.                    Square Capital LLC
Resurgent Capital Services             Attn: Bankruptcy                       1455 Market St
PO Box 10587                           Po Box 12070                           San Francisco, CA 94103-1331
Greenville, SC 29603-0587              Everett, WA 98206-2070

Square Financial Services fka Square Capital  Stewart Crossing HOA           Swedish Urology
c/o RMS                                17404 Meridian E, Ste F PMB 171        1101 Madison St. Ste 1400
PO Box 19253                           Puyalllup, WA 98375-6234               Seattle, WA 98104-4308
Minneapolis, MN 55419-0253

Swendsen Chiropractic                  Synchrony Bank/Care Credit             Synchrony Bank/TJX
1011 E Main Avenue                     Attn:  Bankruptcy Dept                 Attn:  Bankruptcy Dept
Puyallup, WA 98372-6779                Po Box 965064                          Po Box 965060
                                       Orlando, FL 32896-5064                 Orlando, FL 32896-5060

Target                                 Timothy Earnest MD                     UNITED STATES DEPARTMENT OF EDUCATION
c/o Financial & Retail Srvs            426 N Meridian St                      CLAIMS FILING UNIT
Mailstop BT POB 9475                   Puyallup, WA 98371-8636                PO BOX 8973
Minneapolis, MN 55440-9475                                                    MADISON, WI 53708-8973

USDOE/GLELSI                           United States Trustee                  Verizon
Attn: Bankruptcy                       700 Stewart St Ste 5103                by American InfoSource as agent
Po Box 7860                            Seattle, WA 98101-4438                  PO Box 4457
Madison, WI 53707-7860                                                        Houston, TX  77210-4457

Wells Fargo Bank NA                    Wells Fargo Bank, N.A.                 Wells Fargo Bank, N.A., Wells Fargo Card Ser
Attn: Bankruptcy                       Small Business Lending Division        PO Box 10438, MAC F8235-02F
1 Home Campus Mac X2303-01a            P.O. Box 29482 MAC S4101-08C           Des Moines, IA  50306-0438
Des Moines, IA 50328-0001              Phoenix, AZ 85038-9482
```

Williams & Fudge
300 Chatman Ave
Rock Hill, SC 29730

Woodcreek Pediatrics
PO Box 84168
Seattle, WA 98124-5468

~~Dean William Walton~~
~~2812 10th Avenue NW~~
~~Puyallup, WA 98371-6669~~

~~Jada Renee Wood~~
~~Dorothy Bartholomew, PLLC~~
~~5310 12th Street East~~
~~Suite C~~
~~Fife, WA 98424-2772~~

~~Kathryn A Ellis~~
~~5506 6th Ave S, Suite 207~~
~~Seattle, WA 98108-2553~~

Dean William Walton
Kelsey Lea Walton
2812 10th Avenue NW
Puyallup, WA 98371-6669

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

American Honda Finance
Attn: National Bankruptcy Center
Po Box 166469
Irving, TX 75016

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

~~(d)Chase Card Services~~
~~Po Box 15369~~
~~Wilmington, DE 19850~~

Department Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

GC Services Limited Partnershi
6330 ulfton
Houston, TX 77081

~~(d)Macy's~~
~~Attn: Bankruptcy Dept~~
~~PO Box 8053~~
~~Mason, OH 45040~~

New American Funding
Attn: Bankruptcy
14511 Myford Road Suite 100
Tustin, CA 92780

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BECU

(u)21-40336

(u)Acura Financial

End of Label Matrix
Mailable recipients      65
Bypassed recipients       3
Total                    68